UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA   :

  - v. -       :

KEVIN LOWE et al.,    :

     Defendant.  :

- - - - - - - - - - - - - - - - - x

ORDER

S1 14 Cr. 055

```
┌────────────────────────────┐
│ USDC SDNY                  │
│ DOCUMENT                   │
│ ELECTRONICALLY FILED       │
│ DOC #:_____        │
│ DATE FILED: 2/6/14         │
└────────────────────────────┘
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorneys Edward B. Diskant and Tatiana R. Martins;

It is found that the Superseding Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, it is therefore

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
   February 6, 2014

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE